Department. June 29, 1896.) Action by Bryan McAveney against Thomas H. Brush. J. F. Brush, for appellant. G. S. Daniels, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re McBRIDE. (Supreme Court, Appellate Division, First Department. May 15, 1896.) In the matter of Mary McBride, administratrix. No opinion. Motion denied. See 39 N. Y. Supp. 579.

McCARTHY et al. v. OCKERMAN. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by David K. McCarthy and others against Frederick P. Ockerman. No opinion. Motion to modify the judgment entered upon the appeal in this action so that it will conform to the memorandum of decision handed down by the general term granted, with $10 costs and disbursements. See 37 N. Y. Supp. 914.

McCONE v. GALLAGHER. (Supreme Court, Appellate Division. First Department. June 29, 1896.) Action by Alexander C. McCone against Patrick Gallagher. No opinion. Motion granted, with $10 costs.

McCULLOUGH, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 22. 1896.) Action by Mary R. McCullough against the Metropolitan Elevated Railway Company and others. A. S. Lyman, for appellants. J. H. Rogan, for respondent. No opinion. Judgment modified by reducing the fee damage to $3,000, and the rental damage to $1,772, and as modified affirmed, without costs.

McELROY et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 5, 1896.) Action by Daniel McElroy and another against the Manhattan Railway Company and others. G. T. Aldrich, for appellants. H. A. Forster, for respondents. No opinion. Judgment affirmed, with costs.

McGRAW, Respondent, v. VILLAGE OF SENECA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Hugh McGraw against the village of Seneca Falls. No opinion. Motion denied, with costs. See Cross v. City of Elmira, 86 Hun, 471, 33 N. Y. Supp. 947. ADAMS, J., not sitting.

McKEOWN, Respondent, v. UTICA CITY NAT. BANK et al., Appellants. (Supreme Court, General Term, Fourth Department. December, 1895.) Action by Arthur McKeown against the Utica City National Bank, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements. HARDIN, P. J., not sitting.

MAHONEY v. REDDINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by Daniel Mahoney against Michael Reddington and John Alexander, as assignee, etc., and others. No opinion. Order modified so as to require payment by the appellant, as a condition of the satisfaction of the judgment, only the costs awarded by the original judgment; the costs awarded on appeal to be paid out of the fund. All concur, except PRATT, J., not voting.

MARTIN, Appellant, v. MOORE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by A. L. Martin against Helen Moore and others. No opinion. Motion for reargument denied, with $10 costs and disbursements. All concur. See 38 N. Y. Supp. 652.

MARVEL, Respondent, v. STONE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) Action by William D. Marvel against Georgiana C. Stone and John D. Wood, as executors, etc. No opinion. Motion denied, without costs. See 38 N. Y. Supp. 698.

MATHER, Respondent, v. STANDARD PUB. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Frederick G. Mather against the Standard Publishing Company. No opinion. Judgment and order affirmed, with costs. All concur.

MATHERSON v. EDWARDS et al. (Supreme Court, Appellate Division, First Department. May 22 1896.) Action by Stephen Matherson against George W. Edwards and others. No opinion. Motion denied, upon payment of $10 costs.

METROPOLITAN LIFE INS. CO., Respondent, v. MULLON et al., Appellants. (Supreme Court, Appellate Division, Third Department. April 27, 1896.) Action by the Metropolitan Life Insurance Company against Jacob Mullon and William H. Callahan. No opinion. Judgment affirmed, with costs. All concur.

MEYERSON v. HARTFORD FIRE INS. CO. (Supreme Court, Appellate Term, First Department. June 22. 1896.) Action by Annie Meyerson, as administratrix, etc., against the Hartford Fire Insurance Company. Defendant moves for reargument, or for leave to appeal to the appellate division. See 39 N. Y. Supp. 329. Cardozo & Nathan for the motion. Charles Wehle, opposed.

McADAM, J. The defendant, in its moving papers, asserts that the difference between what is called a "public adjuster" and an "insurance adjuster" is that the former acts for the public, the latter for the companies, and that this circumstance escaped the attention of the court. The distinction was clearly presented at the argument, and was not overlooked in making the decision. It was not more specially marked, because too apparent to require particular reference. On the principle urged by the defendant, a lawyer who acts only for insurance companies should be termed by the